**Martin T. KNIGHT, Plaintiff Below, Appellant,**

v.

**UPHAM DOWNS H.C., INC., Peter S. Miller, and F. Grier Wakefield, Jr., Defendants Below, Appellees.**

No. 193, 2016

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: November 2, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 11355

AFFIRMED.